PAMELA S. HOWLAND
Idaho State Bar No. 6177
IDAHO EMPLOYMENT LAWYERS, PLLC
1112 W. Main Street, Suite 105
Boise, ID 83702
Telephone (208) 484-8921
Facsimile: (208) 534-7445
Email: phowland@idemploymentlawyers.com

Attorneys for Canyon County, Idaho, Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MIGUEL G. AMAYA, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CANYON COUNTY, IDAHO, a political subdivision of the State of Idaho,<br><br>    Defendant. | Case No.<br><br>**NOTICE OF REMOVAL** |

Defendant Canyon County, Idaho, by and through its counsel, Idaho Employment Lawyers, PLLC, hereby removes this action to this Court from the District Court for the Third Judicial District of the State of Idaho, in and for the County of Canyon, on the grounds of federal question jurisdiction. 28 U.S.C. §§ 1331, 1367, 1441(a). This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction over related state claims pursuant to 28 U.S.C. § 1367. Removal is timely and this matter should be removed.

Pursuant to 28 U.S.C. § 1446(a), Defendant submits the following:

7. As of the filing of this Notice of Removal, no further proceedings have been had in state court. Ex. A, Docket. Defendants have not yet answered or filed any other responsive pleadings in the state court action. Howland Decl. at ¶ 4.

## Removal

8. This Court has original jurisdiction over this civil action because, based on the Amended Complaint, Plaintiff is pursuing a claimed violation of the ADA, which arises under the laws of the United States. 28 U.S.C. § 1331.

9. This Court has supplemental jurisdiction over Plaintiff's claimed violation of Idaho state law because the alleged violation of the Idaho Human Rights Act is so related to Plaintiff's claim under the ADA as to be part of the same case or controversy. 28 U.S.C. § 1367.

10. This Court is the appropriate venue for removal because it is the federal district court for the district and division where the above-described Canyon County state court case is pending. *See* 28 U.S.C. § 1441(a).

11. This Notice of Removal is being timely filed within 30 days of September 16, 2019, when Defendant accepted service of the Amended Complaint and Summons upon which this removal is based. *See* 28 U.S.C. §§ 1441(a), 1446.

12. As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Canyon County District Court as an attachment to a pleading entitled, "Notice to State Court of Removal to Federal Court."

13. As required by 28 U.S.C. § 1446(d), and as affirmed in the attached Declaration of Service, Defendant has served Plaintiff with this Notice of Removal and with its Notice to State Court of Removal to Federal Court.

**Notice of Removal - 3**

## DECLARATION OF SERVICE

I HEREBY CERTIFY that on the 19th day of September, 2019, I filed the foregoing NOTICE OF REMOVAL electronically through the CM/ECF system, and caused a true and correct copy of the foregoing to be served upon the following person(s) via electronic mail:

**Eric S. Rossman**
**Erica S. Phillips**
**Matthew G. Gunn**
Rossman Law Group, PLLC
350 N. 9th Street, Suite 500
Boise, ID 83702
(208) 331-2030
Email: rlg@rossmanlaw.com

/s/ Pamela S. Howland
Pamela S. Howland